The Honorable Timothy W. Dore
Chapter 13
Hearing Date:  December 21, 2011
Hearing Time:  9:30 am
Hearing Location:  US Courthouse, Seattle, WA
Response Due Date: December 14, 2011

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

IN RE:

CHING Y. LIN,

　　　　　　　Debtor(s).

Case No. 11-23376 - TWD

NOTICE OF HEARING ON DEBTOR'S MOTION FOR CONTINUANCE OF AUTOMATIC STAY AND EXTENSION OF DEADLINE FOR HEARING OF SAME

**PLEASE TAKE NOTICE** that hearing on Debtor's Motion for Automatic Stay to Take Effect

on November 17, 2011 and an Extension of Deadline for Hearing of Same is allowed to hear the case on

December 21, 2011 at 9:30 am.

| JUDGE: | The Honorable Timothy W. Dore |
|---|---|
| PLACE: | US Courthouse, 700 Stewart Street, Room 8106, Seattle, WA  98101 |
| DATE: | December 21, 2011 |
| TIME: | 9:30 am |
| **RESPONSE DATE:** | **December 14, 2011** |

**IF YOU OPPOSE THE MOTION**, you must file your written response with the Court Clerk

and deliver copies on the undersigned no later than the response date, which is **December 14, 2011.**

If no response is timely filed and served, the Court may, in its discretion, grant the stay prior to

the hearing, without further notice, and strike the hearing.  Objections not on file and served as set forth

may be deemed waived.

NOTICE OF HEARING ON DEBTOR'S MOTION FOR
CONTINUANCE OF AUTOMATIC STAY AND
EXTENSION OF DEADLINE FOR HEARING OF
SAME - 1
(000032)

SEATTLE DEBT LAW, LLC
705 2ND AVE, SUITE 1050
SEATTLE, WASHINGTON  98104
telephone (206) 324-6677
fax (206) 447-0115

1

DATED this 27th day of November 2011.

2

3

SEATTLE DEBT LAW, LLC

4

By:     /s/ Christina L. Henry
5          Christina L. Henry, WSBA# 31273
          Attorney for Debtor
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

NOTICE OF HEARING ON DEBTOR'S MOTION FOR
CONTINUANCE OF AUTOMATIC STAYAND
EXTENSION OF DEADLINE FOR HEARING OF
SAME - 2
(000032)

SEATTLE DEBT LAW, LLC
705 2ND AVE, SUITE 1050
SEATTLE, WASHINGTON 98104
telephone (206) 324-6677
fax (206) 447-0115